UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DAVID MYRON,

    Plaintiff,

v.

                                            Case No. 23-CV-116

CARTER TRANSPORTATION
INCORPORATED,

    Defendant.

---

### ORDER

---

Having reviewed plaintiff's filings showing entitlement to default judgment under Federal Rule of Civil Procedure 55(b)(2), as well as considering that defendant failed to dispute those filings in writing or appear by telephone or in person for today's scheduled default judgment hearing, IT IS ORDERED that:

1. Plaintiff's motion for default judgment is GRANTED.

2. Final judgment shall be entered against Carter Transportation Incorporated in the amount of $180,218.35.

Entered this 10th of January, 2024.

                                                    BY THE COURT:

                                                    WILLIAM M. CONLEY
                                                    District Judge